**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO. 1:00CR68**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TERRY LEE LANDRUM** | ) | |
| ______________________________ | ) | |

**THIS MATTER** is before the Court on receipt of a letter from the Defendant, construed by the Court as a *pro se* request for the early termination of his supervised release.

The Defendant advises that his probation officer has no objections to the early termination provided he pays the balance of restitution owed in full. However, the Court is of the opinion the Government should file formal response to the Defendant's motion after consulting with the U.S. Probation Officer.

**IT IS, THEREFORE, ORDERED** that the Government file response to the Defendant's motion within 20 days from entry of this Order.

Signed: January 12, 2007

Lacy H. Thornburg
United States District Judge