# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:00CR68

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TERRY LEE LANDRUM ) | |

**THIS MATTER** is before the Court on the Government's response to the Court's Order of January 12, 2007, and the Defendant's *pro se* request for the early termination of his supervised release.

The Government advises that it has no objection to the early termination of supervised release after the Defendant makes full payment of all outstanding fees ordered by the Court. **See Judgment in a Criminal Case, filed June 25, 2001.** A ruling on the Defendant's request for early termination will be deferred until the Court is notified by the U.S. Probation Officer that the Defendant has paid all monetary penalties in full.

**IT IS SO ORDERED.**

Signed: January 25, 2007

Lacy H. Thornburg
United States District Judge