IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:00CR68

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TERRY LEE LANDRUM ) | |

**THIS MATTER** is before the Court on the Probation Office's notification that the Defendant has paid his court indebtedness in full.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for early termination of his supervised release is **ALLOWED**, and the Probation Office shall submit for this Court's signature an appropriate order terminating the Defendant's supervised release forthwith.

Signed: February 12, 2007

Lacy H. Thornburg
United States District Judge